Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Kelsey Schultz (SBN 328159)
kschultz@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ARAM, INC., a New Jersey Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CLASSIC TOUCH DECOR, INC., a New York corporation; and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:22-cv-01257-SSS-MRWx<br>*Hon. Sunshine S. Sykes Presiding*<br><br>**NOTICE OF SETTLEMENT** |

*TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:*

**PLEASE TAKE NOTICE THAT** a settlement to resolve all claims at issue in the action has been reached. Plaintiff anticipates the filing of a Stipulation of Dismissal with Prejudice within thirty (30) days with each of the parties paying their own attorneys' fees and costs. In the interim, Plaintiff respectfully requests that the Court take all dates off-calendar and retain jurisdiction for the purposes of enforcing the settlement agreement.

Respectfully submitted,

Date: March 6, 2023    By:    /s/ *Stephen M. Doniger,*
Stephen M. Doniger, Esq.
Kelsey M. Schultz, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff