| | |
|---|---|
| 1 | Stephen M. Doniger (SBN 179314) |
| 2 | stephen@donigerlawfirm.com |
| | Scott A. Burroughs (SBN 235718) |
| 3 | scott@donigerlawfirm.com |
| 4 | Kelsey M. Schultz (SBN 328159) |
| | kschultz@donigerlawfirm.com |
| 5 | DONIGER / BURROUGHS |
| 6 | 603 Rose Avenue |
| | Venice, California 90291 |
| 7 | Telephone: (310) 590-1820 |

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ARAM, INC., a New Jersey Corporation, | Case No.: 2:22-cv-01257-FLA-MRW |
| | *Hon. Fernando L. Aenlle-Rocha Presiding* |
| Plaintiff, | |
| | **STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| v. | |
| CLASSIC TOUCH DECOR, INC., a New York corporation; and DOES 1 through 10, | |
| Defendants. | |

1
STIPULATION TO DISMISS ACTION

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff and Counter Defendants Michael Aram, Inc. on the one hand, and Defendant and Counter Plaintiff, Classic Touch Decor, Inc. on the other hand, hereby STIPULATE as follows:

1. The action is hereby dismissed in its entirety with prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

This stipulation is made pursuant to Fed. R. Civ. P. 41(a)((1)(A)(ii) and per that Rule does not require an Order.

Respectfully submitted,

Dated: March 15, 2023  By:  */s/ Stephen M. Doniger*
Stephen M. Doniger, Esq.
Scott A. Burroughs, Esq.
Kelsey M. Schultz, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff

Dated: March 15, 2023  By:  */s/ Mark Berkowitz*
Mark Berkowitz, Esq.
Attorneys for Defendant

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.